No opinion. Judgment unanimously affirmed, with costs.

PERLSTEIN, Respondent, v. HELMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Myer S. Perlstein against Bertha Helman.

PER CURIAM. The acceptance of the reduced basement would be a consideration for the reduction of the rent, and it was a question of fact for the jury whether the agreement of reduction on that consideration was made. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event.

In re PERRY. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of Loyd Perry. No opinion. Respondent disbarred. Order filed.

PETERS, Respondent, v. MATTHEWS, Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Margaret Peters, as administratrix, against John Matthews. F. B. Campbell, for appellant. C. Caldwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETERS, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Margaret Peters against Mary Kelly. G. H. Taylor, for appellant. T. J. O'Neill, for respondent. No opinion. Order modified, by striking out the condition therein contained, and, as modified, affirmed, with $10 costs and disbursements to the defendant. Order filed.

PETERSON, Appellant, v. BONERT, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Otto F. Peterson against Louis Bonert. No opinion. Judgment of the Municipal Court affirmed, with costs.

PFEIFFER, Appellant, v. HEARTSTONE, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Alexander Pfeiffer against Rose Heartstone, impleaded, etc. I. N. Jacobson, for appellant. S. Goodelman, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. Order filed.

In re PIER NO. 15, EAST RIVER. (Supreme Court, Appellate Division, First Department. May 11, 1906.) In the matter of Pier No. 15, East river.

PER CURIAM. Order affirmed, with costs and disbursements, on opinion on former appeal. 95 App. Div. 502, 88 N. Y. Supp. 906. Order filed.

McLAUGHLIN, J., dissents, on dissenting opinion on that appeal.

PIERSON, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Mons Pierson against the Interurban Street Railway Company. E. D. O'Brien, for appellant. S. F. Kneeland, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

POLHEMUS et al., Respondents, v. ECCLES, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Horace G. Polhemus, Jr., and Olivette G. Polhemus against George W. Eccles. No opinion. Judgment affirmed, with costs.

(113 App. Div. 894)

POTSDAM ELECTRIC LIGHT & POWER CO., Respondent, v. VILLAGE of POTSDAM et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by the Potsdam Electric Light & Power Company against the village of Potsdam and others.

PER CURIAM. Judgment affirmed, with costs, upon the opinion of Justice Henry T. Kellogg at Special Term. 97 N. Y. Supp. 190.

PARKER, P. J., not voting.

In re POTTER. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) In the matter of the judicial settlement of the accounts of Harmon S. Potter, as executor, etc., of William Faroo, deceased.

PER CURIAM. Decree of Surrogate's Court affirmed, with costs to respondent payable out of the estate.

McLENNAN, P. J., not voting.

(112 App. Div. 902)

ROSENSTEIN et al., Appellants, v. TRADERS' INS. CO. OF CHICAGO, ILL., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Solomon Rosenstein and another against the Traders' Insurance Company of Chicago, Ill.

PER CURIAM. Judgment and order affirmed, with costs, on prevailing opinion in same case in 79 App. Div. 481, 79 N. Y. Supp. 736, and opinion in 102 App. Div. 147, 92 N. Y. Supp. 326.

McLENNAN, P. J., dissents on grounds stated in dissenting opinion in 79 App. Div. 481–487, 79 N. Y. Supp. 736. KRUSE, J., not sitting.

SCHERMERHORN, Respondent, v. GLENS FALLS PORTLAND CEMENT Co., Appellant. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by John I. Schermerhorn against the Glens Falls Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHERZER, Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of Herman Scherzer against Sarah Martin and others. No opinion. Motion denied.

SCHLESINGER v. BERNSTEIN et al. (Supreme Court, Appellate Division, First De-